David I. Faust, Esq.
Petra von Ziegesar, Esq.
FAUST OPPENHEIM LLP
488 Madison Avenue, 17th Floor
New York, New York 10022
T: (212) 751-7700
F: (212) 371-8410

Attorneys for KRAKEN INVESTMENTS LIMITED

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

SALANDER-O'REILLY GALLERIES, LLC

Debtor.

Chapter 11

Case No. 07-30005 (CGM)
-------------------------------------------------------X

**NOTICE OF APPEAL**

KRAKEN INVESTMENTS LIMITED, an art claimant in this action appeals under 28 U.S.C. § 158 (a) from the opinion and order of Bankruptcy Judge Cecilia G. Morris entered in this bankruptcy proceeding on the 18th day of July, 2011.

The names of all the parties to the opinion and order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

*Attorneys for the Liquidation Trustee*
PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
Ilan D. Scharf, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Attorneys for KRAKEN INVESTMENTS LIMITED*
David I. Faust, Esq.
Petra von Ziegesar, Esq.
488 Madison Avenue, 17th Floor
New York, New York 10022
(212) 751-7700

Dated: July 29, 2011
New York, New York

FAUST OPPENHEIM LLP

BY: ______________________________

Attorneys for KRAKEN INVESTMENTS LIMITED
David I. Faust (DF-9739)
Petra von Ziegesar (PV-3568)
488 Madison Avenue, 17th Floor
New York, New York 10022
T: (212) 751-7700