UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

SALANDER-O'REILLY GALLERIES LLC,
                               Debtor.
-----------------------------------------------------------X
KRAKEN INVESTMENTS LIMITED,
                       Appellant,                     11 **CIVIL** 6133 (CS)

              -against-                           **JUDGMENT**

ALAN M. JACOBS, The Liquidation Trustee of
The SOG Liquidation Trust,
                       Appellee.
-----------------------------------------------------------X

Appellants having appealed from a Order of the United States Bankruptcy Court for the Southern District of New York, dated July 18, 2011, and the matter having come before the Honorable Cathy Seibel, United States District Judge, and the Court thereafter, on July 10, 2012, having rendered its Opinion and Order (Doc. #14) affirming the Order of the Bankruptcy Court, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order (Doc. #14) dated July 10, 2012, the Order of the Bankruptcy Court, dated July 18, 2011, is hereby affirmed and the appeal is terminated; accordingly, the case is closed.

**Dated:** White Plains, New York
        July 10, 2012

                                                             **RUBY J. KRAJICK**
                                                             **Clerk of Court**